

```
 1 │ McGREGOR W. SCOTT
   │ United States Attorney
 2 │ KIMBERLY A. SANCHEZ
   │ Assistant U.S. Attorney
 3 │ 4401 Federal Building
   │ 2500 Tulare Street
 4 │ Fresno, California 93721
   │ Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

1:07 CR 00320 OWW

| UNITED STATES OF AMERICA, | ) | CASE NO. |
|---|---|---|
| Plaintiff, | ) ) | EX PARTE MOTION TO SEAL INDICTMENT PURSUANT |
| v. | ) ) | TO RULE 6(e), FEDERAL FEDERAL RULES OF |
| JAMES YORK, | ) ) | CRIMINAL PROCEDURE |
| Defendant. | ) ) | SEALED |

The government moves the Court, pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, to order and direct that the Indictment returned by the Grand Jury on December 6, 2007, charging the above defendant with a violation of Title 18, United States Code, Section 922(g)(1) - Felon In Possession of a Firearm, be kept secret until the defendant named in the Indictment is either in custody or has been given bail on these offenses; and further order that until such time as the defendant is in custody or has been given bail, that no person shall disclose the finding

1  of the Indictment or any warrants issued pursuant thereto, except
2  when necessary for the issuance and execution of the warrants.
3  DATED: December 6, 2007                Respectfully submitted,
4                                         McGREGOR W. SCOTT
                                          United States Attorney
5
                                          By
6                                            KIMBERLY A. SANCHEZ
                                          Assistant U.S. Attorney
7
8  ORDERED as prayed this __6__ day of December, 2007
9
10                                        U.S. Magistrate Judge

2