1  McGREGOR W. SCOTT
   United States Attorney
2  KIMBERLY A. SANCHEZ
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000

FILED
DEC 12 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN THE MATTER OF: ) | NO. 1:07-CR-00320 OWW |
| ) | |
| UNITED STATES, ) | |
| ) | ORDER TO UNSEAL CASE |
| Plaintiff ) | |
| ) | |
| v. ) | |
| ) | |
| JAMES YORK, ) | |
| ) | |
| Defendant | |

This case having been sealed by Order of this Court pursuant to Rule 6(e) of the Federal Rules of Criminal Procedure, and it appearing that it no longer need remain secret,

IT IS HEREBY ORDERED that the case be unsealed and made public record.

DATED: 12/12/07

_____
GARY AUSTIN
U.S. Magistrate Judge