David V. Balakian, SBN 166749
**BALAKIAN LAW OFFICES**
1060 Fulton Mall, Suite 814
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004
davidbalakian@sbcglobal.net.net

Attorney for Defendant, **JAMES YORK**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> JAMES YORK, ) <br> ) <br> Defendant. ) <br> ) | **Case No. 1: 07 CR 00320 OWW** <br><br> **ORDER AND STIPULATION TO CONTINUE TRIAL CONFIRMATION AND IN LIMINE MOTIONS** |

This matter is very close to settlement.

THE PARTIES HEREBY STIPULATE AND AGREE that the Trial Confirmation and In Limine motions hearing presently set for Monday June 30, 2008, at 9:00 a.m., be continued one week to Monday July 7, 2008, at 9:00 a.m.

THE PARTIES ALSO STIPULATE AND AGREE that In Limine motions shall be filed by Friday, June 27, 2008, and responses filed by Thursday, July 3, 2008.

The trial date of Tuesday, July 22, 2008, shall remain.

```
Dated: June 19, 2008.                /s/ DAVID BALAKIAN
                                     David Balakian,
                                     Attorney for Defendant,
                                     JAMES YORK


Dated: June 19, 2008.                /s/ KIMBERLY A. SANCHEZ
                                     Kimberly A. Sanchez,
                                     Assistant U.S. Attorney.

                                     Stipulation has been agreed to
                                     by Ms. Sanchez.
```

## ORDER

IT IS SO ORDERED.

**Dated:   June 19, 2008**                **/s/ Oliver W. Wanger**
                                          UNITED STATES DISTRICT JUDGE

2