David V. Balakian, SBN 166749
2014 Tulare Street, Suite 210
Fresno, CA 93721
Tel. (559) 495-1558
Fax. (559) 495-1004

Attorney for Defendant, **JAMES YORK**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )  )  )  Plaintiff, )  )  )  vs. )  )  JAMES YORK, )  )  Defendant. )  ) | **CASE NO. 1: 07-CR-00320 AWI**  **ORDER DIRECTING PROBATION TO RELEASE PRESENTENCE INVESTIGATION REPORT TO ATTORNEY OF RECORD** |

   I am respectfully requesting the court allow probation to

provide me a copy of the original Presentence Investigation

Report. I was informed by probation I would need a court order

because the matter is closed. Probation stated they would provide

a copy with a court order.

   Judgement was imposed in this matter on September 24, 2008.

   I was recently contacted by the defendant for a copy. I was

co-counsel in this matter with Mr. Ernest Kinney. He has since

deceased and I do not have a copy of the file. I cannot locate

anyone other than probation for a copy.


-ORDER-


IT IS HEREBY ORDERED that probation is allowed to provide a copy

of the original Presentence Investigation Report in this matter

to David Balakian, counsel for defendant.


IT IS SO ORDERED.

Dated:    March 13, 2013

_____

SENIOR  DISTRICT  JUDGE

2